19MISC 0065

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application for Exemption from Electronic Public Access Fees by Radames Rodriguez-Gonzalez

Standing Order: M10-468

ORDER

PACER FEE EXEMPTION ORDER

This matter is before the court upon the application and request by Radames Rodriguez-Gonzalez (the "Applicant") for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that, based upon the Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees dated January 25, 2019 describing the proposed use, the Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

FILED U.S. DISTRICT COURT 2019 FEB 14 PM 12: 27 S.D. OF N.Y.

Accordingly, the Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. The Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption,

4. The Applicant is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This exemption is valid from the date of this order through February 29, 2020.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
11 February, 2019

SO ORDERED:

Colleen McMahon, Chief Judge
United States District Court
Southern District of New York

J.E. GIL DE LAMADRID PSC
LAW OFFICE
BARS: PUERTO RICO ▪ FLORIDA ▪ NEW YORK ▪ WASHINGTON D.C.
STATE & FEDERAL COURTS: CRIMINAL LAW ▪ PERSONAL INJURY ▪ MEDICAL MAL PRACTICE ▪ REAL ESTATE LAW ▪ FAMILY LAW ▪ BANKRUPTCY LAW
REAL-ESTATE BROKER: PUERTO RICO ▪ FLORIDA

March 23rd, 2018

**BY CERTIFIED MAIL**

Security and Exchange Commission (Sec)
Legal Department
100 F Street NE
Washington DC 20549

**RE: FORMAL REQUEST FOR AUTHORIZATION AND/OR NO OBJECTION TO PERFORM RESEARCH**

Dear Sir or Madam:

Recently Mr. Radames Rodriguez Gonzalez, visited the offices of the undersigning attorney, to request assistance with regards to permission to conduct research of the public database of the Security and Exchange Commission, that appears at your web-site, for his Master degree thesis investigation and presentation.

Mr. Rodriguez Gonzalez is currently a student of the Pontifical Catholic University of Puerto Rico, working on his Masters Degree in Accounting. In order for Mr. Rodriguez to complete his master's degree, he needs to submit a Masters Thesis titled "*The Repercussions of Infringing Generally Accepted Accounting Principles (GAAP)*". See Attachment 1.

That prior to the present letter, Mr. Rodriguez, had submitted a formal request by certified mail 7015 0640 0003 8020 8242, received on May 24th, 2017. Nevertheless, as of today, he has not received a response from this commission. See Attachment 2.

Mr. Rodriguez only request from this commission, is to authorize and/or express no objection in writing, to perform a research of the Security Exchange Commission's database which is public and currently available on the website. The purpose of the letter is to be submitted as part of the thesis investigation documentation.

Mr. Rodriguez's research and or study seeks to measure what are the standards of accounting (GAAP); the auditing standards (PCAOB), it's laws and regulations of protection to investors more infringes in the same year. In order to do so Mr. Rodriguez will need to address at least 10 trimesters related to public corporations listed on the stock exchange.

**Puerto Rico:** Reparto Alhambra • Calle Granada A-11 • Bayamón, P.R. 00957 • Tel.: (787) 786-7805 • Fax: (787) 798-9116
www.gildelamadrid-psc.com
jgildelama@aol.com / jgil@gildelamadrid-psc.com

Mr. Rodriguez, research is scheduled to last about one (1) year.

Mr. Rodriguez's contact information is detailed below:

Radames Rodriguez-Gonzalez
Address: PO Box 18
Morovis PR 00687
Phone No. 787-674-5395
E-Mail: radamesrodriguez@pucpr.edu;
rodriguez.rodriguez377@gmail.com

I thank you for the attention and time given to this matter, and if you require further information please do not hesitate to contact Mr. Rodriguez and/or the undersigning attorney.

Regards,

Julio E. Gil de Lamadrid

**Puerto Rico:** Reparto Alhambra • Calle Granada A-11 • Bayamón, P.R. 00957 • Tel.: (787) 786-7805 • Fax: (787) 798-9116
www.gildelamadrid-psc.com
jgildelama@aol.com / jgil@gildelamadrid-psc.com

# ATTACHMENT 1

PUC
Recinto de Arecibo
Rodríguez Gonzál
Empresas

PONTIFICAL CATHOLIC UNIVERSITY OF PUERTO RICO
OFFICE OF THE REGISTRAR
2250 BOULEVARD LUIS A. FERRÉ AGUAYO SUITE 583
PONCE, PUERTO RICO 00717-9997

Date Issued: 20-MAR-2018 04:22:07 PM
Page: 1
Request Type: Studies

Issued to: Radames Rodriguez Gonzalez
PO BOX 18
MOROVIS, PR 00638

Record of: Rodriguez Gonzalez, Radames
*** WARNING ***
--No Address--

Student No: A00239644
SSN/SIN/TIN: *****6500

========== ENROLLMENT VERIFICATION FOR WINTER TRIMESTER 2017 ==========

------------------------ General Student Information ------------------------

F/P Time : Full Time
Class : Graduate
Term Dates : 08-JAN-2018 to 24-MAR-2018

--- PRIMARY CURRICULUM ---

Program : BBA/MBA in Accounting
College : Business Adm College
Campus : Arecibo
Degree : Master of Business Adm
Major : Accounting

------------------------ Enrollment Hours and GPA ------------------------

Credit Hours : 6.000

------------------------ Enrollment Course Summary ------------------------

| SUBJ | CRSE | CRN | COURSE TITLE |
|---|---|---|---|
| BUAD | 612 | 30213 | Investments |
| BUAD | 651 | 30212 | Financial Management II |

------------------------ Enrollment Messages ------------------------

***********************END OF ENROLLMENT VERIFICATION***********************

OFFICIAL SEAL

ARECIBO

Prof. Iván E. Dávila, Registrar

Rev.: February 2013

R046

# ATTACHMENT 2

*Securities and Exchange Commission (SEC)*
*Legal department.*
*100 F Street, NE*
*Washington DC 20549*

*Best regards:*

*Certified Mail Number:*

Very validly the purpose of our mission is to request the authorization to conduct research to its databases that is available from its website. related: The validation of instruments or pilot test in the SEC.

This is a request from the SEC and its legal department to conduct an academic investigation of the case study of the SEC that is available from its SEC website.

This requirement is mandatory by the university institution: Pontifical Catholic University of Puerto Rico to the student aspiring to the master's degree.

**Section 1 Applicant Information:**

*Author of the master's thesis:* Mr. Radamés Rodríguez González

*Cell phone:* 1-787-674-5395

*Personal email:* rodriuez.rodriguez377@gmail.com

*Institutional email:* radamesrodriguez@pucpr.edu

*Permanent postal address:* P.O. 18, Morovis, P.R. 00687

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodríguez González # A00239644 of the Pontifical Catholic University of Puerto Rico, Arecibo Campus.
**Page 1 of 7**

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodriguez González for the thesis requisite for the degree of mastery.**

**Section 2 Information on the institutional advisor of the master's thesis:**

***Professor:*** Dr. Juan Carrión Urdaz.

***Institutional position:*** Professor of the master's thesis Course:

Research Project BUAD 720 - of the Pontifical Catholic University of Puerto Rico.

***Institutional Affiliation:*** Pontifical Catholic University of Puerto Rico.

***Telephone number of professor:*** Not authorized to provide the telephone number.

***Professor email:*** Not authorized to provide email.

**Section 3 research information:**

Master's degree accounting, the development of the project of investigation of the master thesis that is of accounting titled: *"The Repercussions of Infringing Generally Accepted Accounting Principles (GAAP)."*

Being a "trend" study, which will be the "Qualitative & Quantitative" research. "WHAT IS IT?" The instrument seeks to measure what is the standard accounting (GAAP), auditing standard (PCAOB), laws and regulations of protection to investors more infringed in the same year. This will be addressed in all the demands that the SEC makes to public corporations listed on the stock exchange which is intended to be carried out in two

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodríguez González for the thesis requisite for the degree of mastery.**

comparative years in a universe of 500 cases per year. Which could amount to more than 1000.

***Definition of the problem to study:***

The vulnerability of the reports to shareholders in the financial statements of public corporations. when the human resource bookkeeping performs bad accounting practices in which misreport accounting information, moving away from a critical and conservative judgment. Assuming a liberal and creative judgment that lacks the correct interpretation of Generally Accepted Accounting Principles (GAAP) for the purpose of concealing, disguising, making up or creating the illusion that the financial situation of public corporations listed on the stock exchange is solvent, Stable and That is a minimum risk of investment to the executives of the public corporations that are listed on the stock exchange and to the detriment of the good faith of the investors.

***Title of research:*** "The Repercussions of Infringing Generally Accepted Accounting Principles (GAAP)."

***The research is estimated to be during:*** One (1) year.

***Importance and use of research for the SEC:***

It can be used to channel where fraud prevention and detection efforts by government agencies and corporate internal government should be focused. It may be used as a basis for establishing new regulations on investor protection.

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodríguez González # A00239644 of the Pontifical Catholic University of Puerto Rico, Arecibo Campus.

**Page 3 of 7**

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodriguez González for the thesis requisite for the degree of mastery.**

It can help to identify faults and establish whether regulatory standards are too flexible or superficial. This could be a kind of x-ray that allows to establish plans of mitigation of incidents of bad accounting practice, which will contribute to the prevention and arrest of accounting fraud.

There is currently no measurement of incidence of infringement, GAAP. Which makes this research an exploratory one. By having the SEC a broader database, research could be repeated in past, present and future years to verify whether accounting standards (GAAP), auditing standards (PCAOB) laws or investor protection regulations were in certain way Increasing or decreasing its incidence over the Years. And be able to detect if the reasons for their vulnerability are due to changes that made their implementation more flexible and could be corrected with the application of amendments to make them less vulnerable.

It can serve as a source of knowledge for preparing future prospects for accounting practice as a way to identify weak points in accounting standards in preparation for fraud prevention and fraud detection.

It can give new sources of research by doing this every year, periodically in the future as a way of comparing data and analysis to be able to compare if there is a growing or decreasing incidence of each accounting standard with high levels of incidence.

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodríguez González # A00239644 of the Pontifical Catholic University of Puerto Rico, Arecibo Campus.

**Page 4 of 7**

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodriguez González for the thesis requisite for the degree of mastery.**

**Section 4 Notification:**

The SEC does not support or endorse part or all of the research results. Nevertheless, it understands the importance of the development of the study and academic research on the relevance of the public interest of the federal government to creation public policies that protect the capital of the investors.

The power to analyze to the past, present and future of the investigations carried out by the SEC: It helps to be able to fulfill a high public interest in the integrity and the performance of the professionals who participate in the stock markets and for this reason it supports the contributions that can help to extend the knowledge for the prevention and arrest the "White-collar crime" in the mode of accounting fraud or of any action That violates the Securities Exchange Act of 1934 that could put investors' capital at risk.

**Section 5 Commitment and signatures:**

I Radamés Rodriguez González investigator I commit to:

1. The letter of approval and authorized documents of the compliance office of the Institutional Review Board will be delivered once it has been granted and if requested by the SEC, it will be sent by certified mail.

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodriguez González # A00239644 of the Pontifical Catholic University of Puerto Rico, Arecibo Campus.
**Page 5 of 7**

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodríguez González for the thesis requisite for the degree of mastery.**

2. Deliver a copy of the letters of consent, assent and collaboration of signatures if applied or requested by the SEC will be sent by certified mail.

3. Submit a copy of the master's thesis or research report that I intend to carry out if requested by the SEC will be sent by certified mail.

The signatures required in this document attest that we have reviewed this application and its required documents.

***Submission of evidence:***

1. Certification of study of the Pontifical Catholic University of Puerto Rico.

2. Copy of the student identification of the Pontifical Catholic University of Puerto Rico.

3. Copy of the license of driving number: of the Government of Puerto Rico.

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodríguez González # A00239644 of the Pontifical Catholic University of Puerto Rico, Arecibo Campus.

**Page 6 of 7**

**Application for authorization of academic research that will carry out a case study of the database of the website of the SEC by student: Mr. Radamés Rodríguez González for the thesis requisite for the degree of mastery.**

Very respectfully, I beg you, I beg and implore you that the written authorization from the Securities and Exchange Commission (SEC) and its legal department is a compulsory requirement for the student to perform the academic research leading to the degree of master's degree. The written authorization. can be with or without restrictions. is at your discretion.

The failure to receive written authorization; Would be detrimental to the student as it is an institutional requirement of the Pontifical Catholic University of Puerto Rico, that the student requests a written authorization in the place that will realize the academic investigation. Please send written authorization from the SEC to the postal address: P.O. 18, Morovis, P.R. 00687

***Respectfully. submit,*** ***date:***

***Student: Mr. Radamés Rodriguez González***
***Number of students: A00239644***
***License of driving number:***
***Postal address: P.O. 18, Morovis, P.R. 00687***
***Cell phone: 1-787-674-5395***
***Personal email: rodriuez.rodriguez377@gmail.com***
***Institutional email: radamesrodriguez@pucpr.edu***

According to: MANUAL OF PROCEDURES AND REGULATIONS FOR PERFORMING RESEARCH INVOLVING HUMAN BEINGS. Revised 2015-2016 Page 131 and 132. Request for authorization to an academic research on forensic accounting for a student master's thesis Mr. Radamés Rodríguez González # A00239644 of the Pontifical Catholic University of Puerto Rico. Arecibo Campus.
**Page 7 of 7**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Securities and Exchange Commission (SEC)
Legal department
100 F Street, NE
Washington DC 20549

9590 9403 0305 5155 2841 13

2. Article Number (Transfer from service label)

7015 0640 0003 8020 8242

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name): SEC

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Mail Processing
Section
MAY 24 2017
Washington DC

3. Service Type [illegible]

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [x] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

## District Courts

- [ ] All District Courts
- [ ] Alabama Middle
- [x] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [x] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [x] California Central
- [x] California Eastern
- [x] California Northern
- [x] California Southern
- [x] Colorado
- [x] Connecticut
- [x] Delaware
- [x] District of Columbia
- [x] Florida Middle
- [x] Florida Northern
- [x] Florida Southern
- [x] Georgia Northern
- [x] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [x] Hawaii
- [x] Idaho
- [x] Illinois Northern
- [x] Illinois Central
- [x] Illinois Southern
- [x] Indiana Northern
- [x] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [x] Kansas
- [x] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [x] Louisiana Western
- [ ] Maine
- [x] Maryland
- [x] Massachusetts
- [x] Michigan Eastern
- [x] Michigan Western
- [x] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [x] Missouri Eastern
- [x] Missouri Western
- [x] Montana
- [x] Nebraska
- [x] Nevada
- [x] New Hampshire
- [x] New Jersey
- [x] New Mexico
- [x] New York Eastern
- [x] New York Northern
- [x] New York Southern
- [x] New York Western
- [ ] North Carolina Eastern
- [x] North Carolina Middle
- [x] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [x] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [x] Oklahoma Northern
- [x] Oklahoma Western
- [x] Oregon
- [x] Pennsylvania Eastern
- [x] Pennsylvania Middle
- [x] Pennsylvania Western
- [x] Puerto Rico
- [x] Rhode Island
- [x] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [x] Tennessee Middle
- [x] Tennessee Western
- [x] Texas Eastern
- [x] Texas Northern
- [x] Texas Southern
- [x] Texas Western
- [x] Utah
- [x] Vermont
- [ ] Virgin Islands
- [x] Virginia Eastern
- [x] Virginia Western
- [ ] Washington Eastern
- [x] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

## Bankruptcy Courts

- [ ] All Bankruptcy Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [ ] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

## National Courts

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with: Pontifical Catholic University of Puerto Rico.

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

The academic research Radames Rodriguez Gonzalez for entitled: "THE REPERCUSSIONS OF INFRINGING GENERALLY ACCEPTED ACCOUNTING PRINCIPLES (GAAP)". The research in forensic accounting will establish an incidence index of how many times the same accounting standard Generally Accepted Accounting Principles (GAAP), Auditing Standard (PCAOB), laws and federal rules of investor protection is violated in a same year. The investigation is longitudinal and will analyze the judicial and administrative demands presented by the U.S. Securities and Exchange Commission (SEC) to the public corporations that quote their shares in the stock exchange "New York Stock Exchange. (NYSE)" or in "Chicago Board of Trade (CBOT)" where 10 quarters will be analyzed in which It expects to analyze 1.312 legal and administrative lawsuits.

4.) In support of this application, I affirm the following:

a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b) That the exemption will be for a definitive period of time: One (1) year

c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

[x] **Declaration:** I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Radames Rodriguez-Gonzalez
Applicant's Printed Name

Academic researcher
Applicant's Title

[signature]
Applicant's Signature

(787) 674-5395
Applicant's Phone Number

radamesrodriguez@pucpr.edu
Applicant's email address

P.O. Box 18
Applicant's Mailing Address

Morovis
City

PR
State

00687
Zip Code

25/1/2019
Date

Add Attachment

Submit by Email

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**